UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GEORGE WALCOTT, et ux | CIVIL ACTION 07-0257 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| SAFECO INSURANCE COMPANY, et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #11**, is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 15th day of May 2007.

Dee D. Drell
United States District Judge